MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* ETHAN BOOK, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 833 (AC 27491), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Ethan Book, Jr.*, pro se, in support of the petition.

*Thomas R. Ventre*, assistant attorney general, and *David F. Borrino*, in opposition.

Decided January 29, 2009